IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | CR No.  3:21-17 |
| | : | |
| vs. | : | |
| | : | |
| INSIGHT PIPE CONTRACTING, LLC | : | |
| Defendant | : | |

HEARING ON:   Initial Appearance & Arraignment on Information

Before Judge STEPHANIE L. HAINES on 9/24/2021

| | |
|---|---|
| Michael Leo Ivory, AUSA | Charles A. DeMonaco, Esquire |
| Appear for Plaintiff | Appear for Defendant |
| Hearing began:  10:01 a.m. | Hearing concluded:  10:36 a.m. |
| Courtroom Deputy: Debbie Gorgone | Stenographer:  Barbara Loch |

This was the time and manner set for entry of a guilty plea in USA vs. Insight Pipe Contracting, CR 3:21-17.  Counsel entered their appearances.  The CEO of Insight Pipe Contracting, Michael Marburger, was also present with the authority to enter the plea of guilty on behalf of Insight Pipe Contracting.  Defendant was sworn.  A Due Process Order was signed by Judge Haines.  A Corporate Resolution was offered as an Exhibit by Mr. Marburger.  There is a Plea Agreement in this case, which was accepted by the Court.  Maximum penalties were given.  The Defendant, Insight Pipe Contracting, plead guilty and the arraignment plea form was signed by Mr. Marburger and his attorney and the Defendant was adjudged guilty of Count 1 of the Information.  The disposition of sentencing is set for October 28, 2021, at 10:00 a.m. in Pittsburgh, PA.  The $50 Special Assessment shall be paid forthwith.