## INSIGHT PIPE CONTRACTING, LLC

### ACTION OF THE SOLE MEMBER BY CONSENT IN WRITING PURSUANT TO THE PENNSYLVANIA LIMITED LIABILITY COMPANY ACT

The undersigned, solely in its capacity as the sole Member of INSIGHT PIPE CONTRACTING, LLC (the "Company"), a limited liability company organized and existing under the laws of the Commonwealth of Pennsylvania, pursuant to the authority granted by the Pennsylvania Uniform Limited Liability Company Act does hereby approve, consent to and adopt the following Preambles and Resolutions:

WHEREAS, the United States of America, through its counsel, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Michael Ivory, Assistant United States Attorney, has asserted that the Company has committed a violation of Title 29, United States Code, Section § 666; and

WHEREAS, the undersigned has discussed the relevant facts and nature of the offense alleged with the Company's defense counsel; and

WHEREAS, the attorneys for the Company have recommended that in order to resolve all claims made against it, the Company should plead guilty to a violation of Title 29, United States Code, Section § 666 and enter into a written plea letter in the form attached as Exhibit "A" hereto (hereinafter the "Plea Agreement"); and

WHEREAS, the Company, by and through the undersigned sole Member has determined that it would be in the best interest of the Company to resolve all claims made against it by entry of a guilty plea to a violation of Title 29, United States Code, Section § 666.

NOW THEREFORE, be it RESOLVED, that the undersigned, as the sole Member of the Company, does hereby approve all terms of the Plea Agreement attached as Exhibit "A" hereto; and be it

FURTHER RESOLVED, that the Company's Chief Executive Officer, Michael Marburger, is hereby designated as an authorized signatory for the Company (the "Signatory") in connection with the Plea Agreement; and be it

FURTHER RESOLVED, that Signatory is specifically authorized and directed to execute the Plea Agreement on behalf of the Company and to take all action as may be necessary in order to comply with all requirements and obligations of the Plea Agreement; and be it

FURTHER RESOLVED, that Signatory is authorized on behalf of the Company to execute, deliver and cause the performance of all ancillary documents as may be connected with the Plea Agreement; and be it

FURTHER RESOLVED, that the Signatory is hereby authorized to execute the Plea Agreement and to appear in the United States District Court for the Western District of Pennsylvania to enter the guilty plea pursuant to the Plea Agreement on behalf of the Company; and be it

FURTHER RESOLVED, that any and all conflicts arising between the Company and its individual officers and the sole Member of the Company are hereby waived.

This Consent is executed in accordance with the Pennsylvania Limited Liability Company Law and pursuant to the provisions set forth in the Operating Agreement of the Company.

For purposes of this Consent, an electronically transmitted copy containing a signature shall be deemed to contain an original signature.

MEMBER:
Creekside Enterprises Holding, LP
By: IPC Management, Inc.
Its: General Partner

By: _____
S. Michael Marburger, Chief Executive Officer

Dated: __6/14_____, 2021

Acknowledged and accepted by S. Michael Marburger and Jill N. Marburger as the Managers of the Company:

_____
S. Michael Marburger

_____
Jill N. Marburger

2