IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br><br>　vs.<br><br>INSIGHT PIPE CONTRACTING, LLC<br>　　　　Defendant. | Case Number: CR 3:21-17 |

PLACEHOLDER FOR HIGHLY SENSITIVE DOCUMENT (HSD)

TITLE OF DOCUMENT:

SEALED PLEA SUPPLEMENT

**IMPORTANT: YOU MAY NOT COPY, SCAN, OR EMAIL HIGHLY SENSITIVE DOCUMENTS**